**Barry H. Berke**
Partner

**KRAMER LEVIN**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas   New York NY 10036
Tel 212.715.7560   Fax 212.715.7660
bberke@kramerlevin.com
New York   Silicon Valley   Paris   www.kramerlevin.com

UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America
       Plaintiff
v.                                              Case No. 16 Cr 412
Sanjay Valvani
       Defendant

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_____

Date: 6/15/19

_____
Attorney's signature

Barry Berke #2361541
Printed name and bar number

Kramer Levin
1177 Avenue of the Americas
New York, NY 10011
Address

bberke@kramerlevin.com
E-mail address

212-715-7560
Telephone number

212-715-7660
FAX number



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/19