UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― x
                                             :
UNITED STATES OF AMERICA,                    :
                                             :
                - v -                        :     16 Cr. 412 (SHS)
                                             :
                                             :     ECF Filing
SANJAY VALVANI,                              :
                                             :     **NOTICE OF APPEARANCE**
                Defendant.                   :
                                             :
―――――――――――――――――――――――――― x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action for defendant Sanjay Valvani.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         June 16, 2016

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                        By:    /s/ Eric A. Tirschwell
                               ――――――――――――――――――――――
                               Eric A. Tirschwell
                               etirschwell@kramerlevin.com

                               Kramer Levin Naftalis & Frankel LLP
                               1177 Avenue of the Americas
                               New York, New York  10036
                               (212) 715-9100

                               *Attorneys for Defendant Sanjay Valvani*

KL3 3082066.1