UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,          :
:
          - v -            :    **16 Cr. 412 (SHS)**
:
:    **ECF Filing**
SANJAY VALVANI,          :
:    **NOTICE OF APPEARANCE**
        Defendant.          :
:
---------------------------------------------------------------- x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in the above-captioned action for defendant Sanjay Valvani. I certify that I am admitted to practice in this Court.

Dated:    New York, New York
           June 16, 2016

    KRAMER LEVIN NAFTALIS & FRANKEL LLP

    By:    /s/ Jade A. Burns
           Jade A. Burns
           jburns@kramerlevin.com

           Kramer Levin Naftalis & Frankel LLP
           1177 Avenue of the Americas
           New York, New York  10036
           (212) 715-9100

           *Attorneys for Defendant Sanjay Valvani*