UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,    :

    - v. -    :

SANJAY VALVANI,    :

        Defendant.    :

- - - - - - - - - - - - - - - - x

NOLLE PROSEQUI

16 Cr. 412 (SHS)

    1.    The filing of this nolle prosequi will dispose of the case against defendant SANJAY VALVANI.

    2.    On June 14, 2016, Indictment 16 Cr. 412 was returned and filed under seal. On June 15, 2016, the Indictment was unsealed and assigned to the Honorable Sidney H. Stein. The Indictment charged SANJAY VALVANI with one count of conspiracy to convert United States property, to commit securities fraud, and to defraud the United States, in violation of Title 18, United States Code, Section 371; two counts of securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff; one count of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349; and one count of wire fraud, in violation of Title 18, United States Code, Section 1343.

    3.    After the Indictment was unsealed, the Government learned that, on or about June 20, 2016, the defendant had died.

1

Attached hereto as Exhibit A is a true and correct copy of a death certificate for the defendant, which is submitted under seal.

4. In light of the foregoing, we recommend that an order of nolle prosequi be filed as to defendant SANJAY VALVANI.

Ian McGinley
Damian Williams
Joshua A. Naftalis
Assistant United States Attorney
(212) 637-2257 / 2298 / 2310

Dated:   New York, New York
         July 6, 2016

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant SANJAY VALVANI with respect to Indictment 16 Cr. 412 (SHS).

PREET BHARARA
United States Attorney
Southern District of New York

Dated:   New York, New York
         July 6, 2016

SO ORDERED:

THE HONORABLE SIDNEY H. STEIN
United States District Judge
Southern District of New York

Dated:   New York, New York
         July 6, 2016

2