USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/22/16__

Docket-file — 16-Cr-412 (SHS)

Rachael Levy
% Business Insider
150 5th Avenue
New York, NY 10011

Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

September 1, 2016

Dear Honorable Sidney H. Stein:

I am a journalist for Business Insider and I am researching an article about Mr. Sanjay Valvani, who was charged in a case you oversaw: 1:16-cr-00412.

Mr. Valvani took his own life days after he was indicted for charges involving insider trading. I am researching an article about his life and his final months, as it is in the public interest to share what he was going through to those who might find themselves charged of similar crimes and for those involved in the criminal justice process. I am hoping that my piece will help those who are charged of such crimes find support support networks, along with their families.

One of the files related to Mr. Valvani's case is sealed (document 8 in the docket record). Given the nature of my research, I would like to request you to kindly unseal it, as the contents of that document may further help my research.

Thank you for your consideration.

Sincerely,

Rachael Levy