UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/16

CHAMBERS OF
SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

September 22, 2016

Docket file

Ms. Rachael Levy
Senior Finance Reporter
Business Insider
150 Fifth Avenue
New York, NY 10011

        Re:    <u>U.S.A. v. Sanjay Valvani, 16-Cr-412 (SHS)</u>

Dear Ms. Levy:

        I am in receipt of your letter dated September 1, 2016, in which you ask the Court to unseal document # 8, a sealed document in the above case. I believe the appropriate procedure is for you to move to intervene and to unseal the documents, giving appropriate notice to the parties. I assume the attorneys for your employer would be able to assist you in that regard. I am filing the original of your letter and a copy of this letter in the public file.

        My deputy informs me that you told her on a telephone call that you were looking for "a suicide note." I can inform you that sealed document # 8 is not "a suicide note."

        Very truly yours,

        Sidney H. Stein, U.S. District Judge